AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JESTIN ALPHONSE LUCIDO,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 14-8352-DLB |

FILED by _____ D.C.
AUG 15 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2014__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Hollinger, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-15-14__

_____
*Judge's signature*

City and state: __West Palm Beach, FL__   U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

## AFFIDAVIT

I, Paul Hollinger, a Special Agent with the Federal Bureau of Investigation, being duly sworn, state as follows:

### Introduction

1. I am an agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2005. I am currently assigned to a Violent Crime Squad, and my duties include investigating violations of federal law. As an FBI Special Agent, I have worked many complex investigations involving various crimes and I have become familiar with the methods and means used by individuals engaging in violent crimes such as narcotics trafficking, armed robberies, and other felonious acts involving the use or possession of firearms. Prior to working for the FBI I was employed as a Federal Air Marshal from March 2002 through May 2005 and as a Border Patrol Agent on the Southwest Border from October 2000 through March 2002.

2. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the FBI; and other law enforcement officers; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause demonstrating that a violation of Title 18, United States Code, Section 922(g)(1) has been committed, I have not included details of every aspect of the investigation known to me or other law enforcement agents.

### FACTUAL BACKGROUND

3. On Wednesday, August 13, 2014, at approximately 21:28 hours, a Riviera Beach Police Department Officer was traveling southbound in the vicinity of the 1300 block of Old Dixie

Highway. The Officer observed a silver Chevy pick-up truck bearing Florida tag CJJN48 towing a trailer bearing Florida tag L79RS also traveling southbound in front of the Officer. The Officer observed that the tail lights on the trailer were not operable so the Officer proceeded to conduct a traffic stop. The vehicle came to a stop near the intersection of Old Dixie Highway and West 7th Street. The officer approached the driver side window of the vehicle and made contact with the registered owner, JESTIN ALPHONSE LUCIDO. The pick-up truck had two rear doors which folded inward toward the front doors and a small rear passenger compartment with additional seating; however, LUCIDO was the sole occupant of the vehicle. During the ensuing conversation with LUCIDO, the officer smelled the raw odor of marijuana emanating from inside the pick-up. LUCIDO was thus temporarily detained pending further investigation into the smell of the marijuana.

4. During the ensuing search of the inside of the pick-up, the Officer observed a large plastic bag of suspected marijuana located in the rear passenger compartment of the vehicle. The weight of the marijuana was approximately 199 grams. Based on the Officer's training and experience, and from his observations of the smell and appearance of the substance, the officer concluded the substance was marijuana and did not conduct a field test. In the driver door panel the Officer located a marijuana grinder containing approximately 1 gram of suspected marijuana as well as a single pink pill that field tested positively for MDMA. The officer located a digital AWS scale and a Glock 23 .40 caliber handgun bearing serial number FHK936 loaded with a 13 round magazine in the center console. Also located in the center console was a box of .40 caliber ammunition. The Officer conducted a records check and learned LUCIDO had several felony convictions. LUCIDO was subsequently arrested and charged with Possession of Marijuana Over 20 grams, Possession of MDMA, Possession of Paraphernalia, and as a Felon in Possession

of a Firearm. The items were seized and photographed by the officer and placed into evidence.

5. Records were obtained from the Palm Beach County Clerk of the Court, Fifteenth Judicial Circuit of Florida which revealed JESTIN ALPHONSE LUCIDO had three prior felony convictions: (1) Possession of Marijuana in Excess of 20 Grams adjudicated on June 11, 2001, (2) Battery on a Police Officer adjudicated on July 28, 2008, and (3) Carrying A Concealed Firearm adjudicated on July 28, 2008.

6. On or about April 10, 2014, I confirmed with the Florida Parole Commission, Office of Executive Clemency, that JESTIN ALPHONSE LUCIDO's constitutional right to possess a firearm has not been restored.

7. The firearm which was seized from the center console of LUCIDO's Chevy pick-up was identified as a .40 caliber Glock 23 handgun with serial number FHK936 that was loaded with a full 13 round magazine at the time of seizure, however, there was not a round in the chamber. I have consulted with retired ATF Agent and current Detective with the Palm Beach County Sheriff's Office Stephen Barborini, who has received extensive training in the manufacture and commerce of firearms, and who has been qualified to testify as an expert in interstate nexus in the U.S. District Court for the Southern District of Florida on numerous occasions, in reference to the firearm seized from LUCIDO's vehicle. Detective Barborini advised that Glock firearms are manufactured outside the State of Florida and since the firearm in question was recovered in the State of Florida, such, of necessity, had to have traveled in and affected interstate and/or foreign commerce.

8. At the time of LUCIDO's arrest, he was already on bond for separate charges stemming from incidents which occurred on or about March 5, 2014 and March 7, 2014. On or about March 7, 2014, LUCIDO was arrested on State of Florida charges for Criminal Mischief,

Aggravated Battery with a Deadly Weapon (Motorvehicle), Aggravated Assault with a Deadly Weapon (Firearm), Discharging a Firearm in Public, and Possession of a Firearm by a Convicted Felon.

9. Based on the foregoing facts, your affiant submits that probable cause exists to believe that, on August 13, 2014, JESTIN ALPHONSE LUCIDO illegally possessed a firearm after being convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Paul R. Hollinger, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this ___15___ day of August, 2014.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.     14-8352-DLB

IN RE:     SEALED
CRIMINAL COMPLAINT

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Ann.Marie.C.Villafana@usdoj.gov
Florida Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777