UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 14-80150-CR-HURLEY/HOPKINS

Case No. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

vs.

JESTIN ALPHONSE LUCIDO,

Defendant.
_____/

FILED by KZ D.C.
ELECTRONIC

Sep 4, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about March 7, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**JESTIN ALPHONSE LUCIDO,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about August 13, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**JESTIN ALPHONSE LUCIDO,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

Upon conviction of any of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, JESTIN ALPHONSE LUCIDO, shall forfeit to the United States any firearm or ammunition involved in or used in said violation.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 14-80150-CR-HURLEY/HOPKINS

vs.

JESTIN ALPHONSE LUCIDO,

**CERTIFICATE OF TRIAL ATTORNEY\***

             **Defendant.**
_____ /

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No

   List language and/or dialect   _____

4. This case will take   _3-4_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I     0 to 5 days         _X_           Petty      ___
   II    6 to 10 days        ___           Minor      ___
   III   11 to 20 days       ___           Misdem.    ___
   IV    21 to 60 days       ___           Felony     _X_
   V     61 days and over    ___

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   14-8352-DLB
   Related Miscellaneous numbers:   n/a
   Defendant(s) in federal custody as of   08-18-2014
   Defendant(s) in state custody as of   n/a
   Rule 20 from the   _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

                                                                    _____
                                                                    A. MARIE VILLAFAÑA
                                                                    ASSISTANT UNITED STATES ATTORNEY
                                                                    Florida Bar No. 0018255

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JESTIN ALPHONSE LUCIDO

Case No.: 14-80150-CR-HURLEY/HOPKINS

Counts 1 & 2:

18 U.S.C. § 922(g)(1)

Felon in Possession of a Firearm

*Max. Penalty: 0-10 years' Imprisonment; 3 years' Supervised Release; $250,000 Fine

Count:

*Max. Penalty:

Count

*Max. Penalty:

Count

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96